

Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
T (312) 460-5000
F (312) 460-7000

tahlering@seyfarth.com
T (312) 460-5922

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-2020

January 30, 2020

*Via ECF*

The Honorable Robert W. Lehrburger
United States District Court
500 Pearl St., Room 1960
New York, New York 10007

    Re:    *Janimary Hernandez v. J.C. Penney Company, Inc.*
             Case No. 18-cv-05759 (S.D.N.Y.)

Dear Judge Lehrburger:

    We represent Defendant J.C. Penney Company, Inc. in the above-referenced action. The parties have been working diligently to finalize a settlement agreement and related documents to present to the Court. The parties are very close to the finish line in this process, and would request a brief extension of an additional 15 days until February 14, 2020 to submit a motion for preliminary approval, and a continuation of the stay of discovery. The current deadline is set for today, January 30, 2020. This request is made in good faith and not for purposes of delay. Both parties consent to this request.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP

                            */s/ Thomas E. Ahlering*

cc:    Counsel of Record

                            SO ORDERED:

                            _____ 1/30/2020
                            HON. ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

61526773v.1