UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANIMARY HERNANDEZ,
*on behalf of herself, and all others similarly situated,*

        Plaintiff,

-against-

J. C. PENNEY COMPANY, INC.,

        Defendant.

---

Case No.: 18-cv-05759

**STIPULATION SUBSTITUTING PARTIES**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties herein that Defendant J. C. PENNEY COMPANY, INC. ("JCP Company") shall be replaced with J. C. PENNEY CORPORATION, INC ("JCP Corp"), in all matters with respect to this lawsuit.

IT IS FURTHER STIPULATED AND AGREED, that J. C. PENNEY CORPORATION INC. hereby waives all defenses to invalid service of process with respect to all pleadings in this lawsuit.

---

For the Defendant:

By: _____
Thomas E. Ahlering, Esq.
Seyfarth Shaw, LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5922
Fax: (312) 460-7922
tahlering@seyfarth.com

Date: 2/14/2020

SO ORDERED

_____
U.S.M.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, New York 10011
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 2-14-20

_____
Dated