**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, Eighth Floor
New York, New York 10011
Telephone: (212) 465-1188
Fax: (212) 465-1181

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JANIMARY HERNANDEZ, *on behalf of herself and all others similarly situated*,

                         Plaintiff,

   v.

J. C. PENNEY COMPANY, INC.,

                         Defendant.

**Case No.: 18-CV-05759**

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for (1) Conditionally Certifying Settlement Class, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, and (4) Setting Date for Final Approval Hearing and Related Dates, and accompanying Settlement Agreement and Release and the exhibits thereto, Plaintiff Janimary Hernandez will move this court before the Honorable Robert W. Lehrburger, U.S. Magistrate Judge for the U.S. District Court for the Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, at [TIME] on [DATE] for proposed relief detailed in the Proposed Order attached hereto as **Exhibit A** (the "Motion").

      Plaintiff advises the Court that Defendant does not oppose the Motion.

Dated: February 14, 2020                     Respectfully submitted,
        New York, New York

                                          **Lee Litigation Group, PLLC**

                           By:   */s/ C.K. Lee*
                                       C. K. Lee, Esq.
                                       148 West 24th Street, Eighth Floor
                                       New York, New York 10011
                                       Telephone: (212) 465-1188
                                       Email: cklee@leelitigation.com
                                       Attorney for Plaintiff and the Class