```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HERNANDEZ, et. al.                            :
                                              :      18 Civ. 5759 (RWL)
                         Plaintiffs,          :
                                              :
        - against -                           :      SCHEDULING ORDER
                                              :
J.C. PENNEY COMPANY, INC.,                    :
                         Defendant.           :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

Having read the parties' correspondence regarding delivery of merchandise certificates, the Court agrees with Defendant that its proposal is both consistent with the settlement agreement and the most sensible. The Court believes texts to class members should be kept to the absolute minimum of one (for the notice). Plaintiff's counsel should refrain from rushing to the Court on matters without fully meeting and conferring. **This having resolved Dkt. 77, the conference scheduled for Friday May 1, 2020 is cancelled.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2020
       New York, New York