```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JANIMARY HERNANDEZ,                              :
                                                 :        18 Civ. 05759 (RWL)
                        Plaintiff,               :
                                                 :        ORDER
        - against -                              :
                                                 :
J. C. PENNEY CORP., INC.,                        :
                                                 :
                        Defendant.               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 21, 2020, Defendant filed a suggestion of bankruptcy and imposition of the automatic stay of proceedings. Accordingly, this matter is hereby stayed in all respects. Within 14 days after bankruptcy proceedings progress to a point at which the automatic stay can be lifted, Defendant shall so notify the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   May 22, 2020
         New York, New York

Copies transmitted to all counsel of record.