

**Seyfarth Shaw LLP**
560 Mission Street
Suite 3100
San Francisco, California 94105-2930
T (415) 397-2823
F (415) 397-8549

mburns@seyfarth.com
T (415) 732-1109

www.seyfarth.com

July 10, 2020

<u>*Via ECF*</u>

The Honorable Robert W. Lehrburger
United States District Court
500 Pearl St., Room 1960
New York, New York 10007

      **Re:** *Janimary Hernandez v. J.C. Penney Company, Inc*.
           **Case No. 18-cv-05759 (S.D.N.Y.)**

Dear Judge Lehrburger:

    We represent Defendant in the above-referenced action.

    On May 22, 2020, this case was stayed by the Court in all respects following Defendant's filing of a suggestion of bankruptcy and imposition of automatic stay of proceedings. (ECF No. 82). On July 8, 2020, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") denied Plaintiff's motion for relief from stay. *J. C. Penney Company, Inc*., Case No. 20-20182 (DRJ) (S.D. Tex. July 8, 2020) (ECF No. 997).

    Accordingly, Defendant respectfully requests confirmation that the final approval hearing previously set for July 28, 2020 is stricken and vacated in light of the above.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP

                            <u>*/s/ Michael J. Burns*</u>

cc:    Counsel of Record

64782736v.1