```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANIMARY HERNANDEZ, on behalf of              :
herself and all others similarly situated,    :
                                              :            18-CV-5759 (RWL)
                              Plaintiffs,     :
                                              :
             - against -                      :            ORDER
                                              :
J. C. PENNEY CORPORATION, INC.,               :
                                              :
                              Defendant.      :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 22, 2020, this case was stayed due to imposition of the automatic stay arising out of Defendant's filing for bankruptcy. (Dkt. 82.) The parties have not filed a status report in over five years. Accordingly, by November 13, 2025, the parties shall file a status letter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1