UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANIMARY HERNANDEZ,

             Plaintiff,

  -against-

J.C. PENNY CORPORATION, INC.,

             Defendant.

Case No.: 1:18-cv 05759

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant J.C. PENNY CORPORATION, INC. pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

    This Stipulation may be executed in more than one counterpart, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Electronic copies and photocopies shall be treated as originals.

**For the Defendant:**

By: _/s/ Michael J. Burns_
Michael J. Burns, Esq.

**Seyfarth Shaw LLP**
560 Mission Street, Suite 3100
San Francisco, CA 94105
(415) 732-1109
MBurns@seyfarth.com

Date: 11/12/2025

**For the Plaintiff:**

By: _/s/ C.K. Lee_
C.K. Lee, Esq.

**Lee Litigation Group, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
(212) 465-1188
cklee@leelitigation.com

Date: 11/12/2025

The Clerk of Court is respectfully directed to close the case.

SO ORDERED:

_11/14/2025_ /s/ _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE